**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Roberto Amaya Pacas v. The State of Texas

Appellate case number:   01-18-01016-CR. 01-18-01017-CR, 01-18-01018-R

Trial court case number: 1561964, 1561965, 1561966

Trial court:             337th District Court of Harris County

    Appellant, Robert Amaya Pacas, has filed a motion for en banc reconsideration. The Court **orders** the State of Texas to file a response, which is **due November 10, 2020**.


    It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                   ☑ Acting individually    ☐ Acting for the Court


Date:   __October 27, 2020_____